UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACK WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| ARMY AND AIR FORCE EXCHANGE SERVICE, | ) ) | 3:21-CV-2085-G-BH |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* docket entry 11. No objections were filed. After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

The defendant's motion to dismiss for lack of jurisdiction, filed September 7, 2021 (docket entry 7), is **GRANTED**. By separate judgment, the plaintiff's claims

against the defendant will be **DISMISSED** without prejudice for lack of subject matter jurisdiction.

    **SO ORDERED.**

May 19, 2022.

                                              */s/ A. Joe Fish*
                                              A. JOE FISH
                                              Senior United States District Judge